UNITED STATES DISTRICT COURT

---------------DISTRICT OF CONNECTICUT---------------

UNITED STATES OF AMERICA      :

:      NO: 3:18 CR 87 (RAR)

VS.

LUKE SAAR      :      AUGUST 23, 2018

## MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

On July 27th 2018 the defendant was sentenced to a term of one year supervised release. One of the conditions of his supervised release is that he not travel without permission within or out of the United States. The defendant respectfully requests that he be allowed to travel domestically and internationally during the time of his supervision. The defendant has also paid his $50,000 fine amount as ordered.

U.S. Probaton does not oppose the granting of this request.

DEFENDANT, LUKE SAAR

BY: _____
William T. Gerace
21 Oak Street Suite 604
Hartford, CT 06106
Tele: 860-525-4461
Federal Bar No: ct00030
Email: geracelegal@gmail.com